UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN RAMERO,

                          Plaintiff,

                                                           ORDER
        v.                                                11-CV-509A

DOCTOR JUN YOUNG, et al.,

                          Defendants.

---

       The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On July 18, 2013, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendants' motion to dismiss be granted and that the amended complaint be dismissed with prejudice.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendants' motion to dismiss is granted and the amended complaint is dismissed with prejudice.

       The Clerk of Court shall take all steps necessary to close the case.

  SO ORDERED.

                                                 *s/ Richard J. Arcara*
                                                 HONORABLE RICHARD J. ARCARA
                                                 UNITED STATES DISTRICT JUDGE

DATED: August 7, 2013